On petitioner's motion for reconsideration filed March 23, reconsideration allowed; opinion (126 Or App 740, 869 P2d 358) withdrawn; reversed and remanded for reconsideration May 11, 1994

In the Matter of the Compensation of
Dianna L. Dowell, Claimant.

Dianna L. DOWELL,
*Petitioner,*

*v.*

AGRIPAC, INC.,
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-03271; CA A75951)

874 P2d 113

Before Deits, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; reversed and remanded for reconsideration. *Meyers v. Darigold, Inc.*, 123 Or App 217, 861 P2d 352 (1993); *Jefferson v. Sam's Cafe*, 123 Or App 464, 861 P2d 359 (1993).